**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**04-39**

**JACQUELINE VITATOE
ON BEHALF OF EBONE VITATOE**

**VERSUS**

**CALCASIEU PARISH SCHOOL BOARD**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 2001-3488,
HONORABLE DAVID PAINTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**MICHAEL G. SULLIVAN
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**J. Bryan Jones, III
Jones Law Firm
Post Office Drawer 1550
Cameron, Louisiana 70631
(337) 775-5714
Counsel for Plaintiff/Appellant:**
    **Jacqueline Vitatoe on behalf of Ebone Vitatoe**

**Charles V. Musso, Jr.
Plauche, Smith & Nieset
Post Office Box 1705
Lake Charles, Louisiana 70602
(337) 436-0522
Counsel for Defendant/Appellee:**
    **Calcasieu Parish School Board**